UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: DAVID ALAN LEWIS and | : | Chapter 7 |
| DONNA LYNN LEWIS, | : | Case No. 16-12372REF |
| Debtors | : | |
| DAVID ALAN EISENBERG, | : | Adv. No. 16-0282 |
| as Chapter 7 Trustee, | : | Adv. No. 16-0284 |
| Plaintiff | : | |
| v. | : | |
| PENNSYLVANIA STATE UNIVERSITY, | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 7 day of April, 2017, upon my consideration of Defendant's Motions To Dismiss the complaints in these adversary proceedings, and for the reasons stated in the Opinion entered today,

IT IS HEREBY ORDERED that Defendant's Motions To Dismiss the complaints in both Adversary Proceedings are GRANTED AND BOTH COMPLAINTS IN THESE ADVERSARY PROCEEDINGS ARE HEREBY DISMISSED.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

12